June 9, 1947

No. 51772.—Suit 4553.—_____.—*John Barr* v. *United States.* C. D. 1013 affirmed April 22, 1947. C. A. D. 362.

Before the Second Division, June 11, 1947

No. 51773.—Protest 5541–K of Exacta Co. (New York).

Opinion by Tilson, J. It was stipulated that certain items of the merchandise consist of catheters, sondes, and bougies, wholly or in chief value of gum, similar in all material respects to the merchandise the classification of which was involved in *Bard* v. *United States* (2 Cust. Ct. 244, C. D. 134). The claim at 20 percent under paragraph 1558 was therefore sustained.

No. 51774.—Protests 486860–G, etc., of Fownes Bros. & Co., Inc., et al. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

No. 51775.—Protests 700718–G, etc., of Steinberger Bros. Glove Corp. et al. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

No. 51776.—Protests 470423–G, etc., of Viscose Co. et al. (Philadelphia).